No. 11–0547/AR. U.S. v. Ivan D. Goings. CCA 20080602. Appellant's motion to extend time to file a brief granted, *up to and including July 20, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0206/AR. U.S. v. Tommie L. Olds. CCA 20091044. On consideration of Appellant's second motion to compel production of attorney case file, it is ordered that Appellee will file a response to said motion on or before July 19, 2012.

No. 11–0675/AR. U.S. v. Cassandra M. Riley. CCA 20100084. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 30, 2012.

No. 12–0496/NA. U.S. v. Dominic P. Altier. CCA 201000361. On consideration of the motions filed by Lieutenant Commander Michael R. Torrisi for leave to withdraw as appellate defense counsel in the above cases, it appears that the Judge Advocate General has assigned another counsel to represent the Appellants and that the new counsel have assumed representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 12–0578/AR. U.S. v. Randy A. Krystyan. CCA 20110014. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including July 27, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this is case.*

No. 12–0398/AR. U.S. v. Ryan A. Bowersox. CCA 20100580. Review granted on the following issue:

WHETHER APPELLANT'S CONVICTION OF VIOLATING 18 U.S.C. 1466A(b)(1), AS IMPORTED THROUGH CLAUSE 3 OF ARTICLE 134,